
**FILED**
4/29/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
APR 2 5 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CLARENCE B. HARDY

_____
_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

Case No. **16-cv-03334**
(To be supplied by the Clerk of this Court)

vs.

DEPUTY SHERIFF HINDIN
CERMAK HEALTH SERVICE
NURSE JOHNSON
SARGENT DUNN
TOM DART

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:    **AMENDED COMPLAINT**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
      U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
      28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**
   A. Name: CLARENCE BENNY HARDY
   B. List all aliases: _____
   C. Prisoner identification number: #20150922159
   D. Place of present confinement: C.C.D.O.C
   E. Address: 2600 S. CALIFORNIA

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: DEPUTY SHERRIFF HINDIA
      Title: DUPUTY SHERRIFF
      Place of Employment: C.C.D.O.C

   B. Defendant: CERMAK HEALTH CARE
      Title: CERMAK HEALTH SERVICE
      Place of Employment: C.C.D.O.C -CERMAK HEALTH SERVICE

   C. Defendant: NURSE JOHNSON
      Title: NURSE
      Place of Employment: C.C.D.O.C. CERMAK Health Services

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: HARDY v. Cook Co. DOC, No. 93 C 1749

B. Approximate date of filing lawsuit: Honestly I can't remember.

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: I was under mental distress during the filing of that suit which I could not persue the proper filing.

D. List all defendants: I don't remember anything many previous law suits. nor am I law literate. I suffer from Bipolar and Skitzoefrania at that time.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: Holderman, J

G. Basic claim made: I can't remember.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): dismissed for failure to pay the filing fee, by order of Nov. 23, 1993

I. Approximate date of disposition: I don't know.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Control No. to the C.C.D.O.C Grievance Process are Being provided Because I don't know how to proceed properly. (1) 2015 X 6935 (2) 2015 X 6936 (3) 2015 X 6043 (4) 2015 X 6887 (5) 2015 X 6934.

Now on 11/23/15 I reported to Deputy Sheriff Hindig about Chest pain and shortness of Breath.

He instructed me to wait until medical personel Come and do daily medication.

While I suffered and gasped for air Deputy Sheriff Hindig reclined in his Chair and relaxed. So again while still conscious I requested medical attention from deputy Sheriff Hindig and he said it wasn't Serious enough and to wait. So to get oxygen I put on my C-PAP Mask and waited. Then Inmate Michael Bosto

Revised 9/2007

noticed my distress and Began Shouting and yelling for him to get me medical attention. Still he said I was fine and It wasn't a emergency. All inmates were getting aroused and he called Sargent Dunn About The angry inmates shortly afterwards I pass out. Affraid, feeling alone, and helpless to protect my Survival which It felt like I was gasping for Air forever.

    I don't know how long It was until medical and Sar. Dunn woke me up to check my Oxygen level (pos Ox) and found I was only recieving less than 35% oxygen. I was sent to Stroger where I was placed in the intensive Care unit for four days and yet remained there for eight day for pneumonia, carbon manoxide and dioxid poison to my Blood, Cause By fluids that Build up around my lungs from a lack of oxygen.

    Before I was placed in the Div.08 RTU-3-D I was in Cermak Hospital

Assigned to 8-W and I was on a C-pap machine. For 8 days I had to go without a C-pap machine because Cermak failed to provide me with a proper functioning mask.

I reported it to nurse Myart and Isom also Nurse Chapman and they documented it and said that the C-Pap Providers would bring a mask that worked.

The C-pap providers (Industrial Series) changed the mask 8 days later and in the resault of that eight day I suffered every night in fear of dying and shortness of breath.

I filed grievances of all reports from Cermake up til my almost demise.

The C.C.D.O.C have audio and video of 11-23-15 and it shows evidence of Deputy Sheriff Hondia Sar. Dunn. Nurse Johnson's very slow response and me sitting on my bunk practicbly dying for almost 30 to 40 minutes while nurses were right outside of Teir 3-D respondin very slow.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Suffered AND Am NOT know @ literate to what I would want But Compensation in any and all forms would Be what I'm Seeking

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __19__ day of __April__, 20__16__

_____
(Signature of plaintiff or plaintiffs)

CLARENCE BENNY HARDY
(Print name)

20150922 159
(I.D. Number)

P.O Box 089002 / Chicago IL, 60608
(Address)

6                                                                                                          Revised 9/2007

All other Cases is Hardy v. State of Illinois No. 08 C 5775 Judge Coar, J. dismissed for failure to State a Claim by order of December 9, 2008; Hardy v. State of Illinois, No. 08 C 6284 Judge Guzman, J. dismissed by order of January 26, 2009, for failure to prosecute. Hardy v. Judge Peter Felice, No. 16 C 3326 Judge Coleman, J. filed on the same day as the instant case and dismissed for failure to State a Claim by order on March 18, 2016 when I NEVER EVEN got any mail pertaining the Peter Felice Case since I filed <u>WOW!</u>

This is all I know of all previous Cases and I'm truly sorry I don't know the law.
From 1992 In C.C.D.O.C I took Prozak Depakot respuradol and Trazadone for my mental issues AND wasn't Stable to follow through with any of those cases nor was I even given Counsil. I Don't know this stuff so how do you all expect me to defend myself These Case no. are like Chinesse to me. I NEVER UNDERSTOOD IT THAT WHY I NEE CounCIL

I filled these forms out on all suits to the best of my ABILITY.

I NEED AN Attorney to Help me Cause I DON'T know How.

X *[signature]*

OH also

HARDY V. TOM DART, et Al
CASE NO. 16CV-3334
Judge VIRGINIA M. Kendall

I NEED LEGAL HELP